NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AFFINITY LABS OF TEXAS, LLC,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**
*Appellees*

---

2016-2022, 2016-2023, 2016-2024

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-01181, IPR2014-01182, IPR2014-01184.

---

## JUDGMENT

---

RYAN MICHAEL SCHULTZ, Robins Kaplan LLP, Minneapolis, MN, argued for appellant. Also represented by EMILY ELIZABETH NILES.

DOUGLAS HALLWARD-DRIEMEIER, Ropes & Gray LLP, Washington, DC, argued for appellees. Also represented by JON STEVEN BAUGHMAN; GABRIELLE E. HIGGINS, KATHRYN HONG, East Palo Alto, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* MAYER and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 17, 2017                    /s/ Peter R. Marksteiner
        Date                         Peter R. Marksteiner
                                     Clerk of Court